RECEIVED
IN MONROE, LA

OCT 01 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOU.

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 10-0127-02 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| RICKIE N. FREEMAN | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Rickie N. Freeman, and adjudges him guilty of the offense charged in Count One of the Indictment against him.

THUS DONE AND SIGNED this __1__ day of __October__ 2010 in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE